```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0084 GEB |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| JOSEPH SALVADOR HILLARD, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Joseph Salvador HILLARD, by and through his counsel, Philip Schnayerson, Esq., stipulate and agree that the currently-set status conference on June 29, 2007, should be continued to August 31, 2007, at 9:00 a.m.  The parties further stipulate that the time period from June 29, 2007, up to and including the new status conference date of August 31, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case.

/ / /

/ / /

1

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: July 2, 2007          By:  /s/Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

DATED: July 2, 2007          By:  /s/Jason Hitt
                                                Authorized to sign for Mr.
                                                Schnayerson on 06-28-07
                                                PHILLIP SCHNAYERSON, Esq.
                                                Attorney for Joseph HILLARD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for June 29, 2007, at 9:00 a.m. is vacated;

2. A status conference is set for August 30, 2007, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 29, 2007, up to and including August 30, 2007.

Dated: July 2, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge