1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No. CR-S-07-0084 GEB
                                )
11              Plaintiff,      )   STIPULATION AND PROPOSED ORDER
                                )   CONTINUING THE STATUS
12      v.                      )   CONFERENCE AND EXCLUDING TIME
                                )
13 JOSEPH SALVADOR HILLARD,     )
                                )
14              Defendant.      )
15 _____)

16      Plaintiff, United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, and defendant Joseph Salvador

18 HILLARD, by and through his counsel, Philip Schnayerson, Esq.,

19 stipulate and agree that the currently-set status conference on

20 August 31, 2007, should be continued to December 7, 2007, at 9:00

21 a.m.  The parties further stipulate that the time period from August

22 31, 2007, up to and including the new status conference date of

23 December 7, 2007, should be excluded from computation of the time for

24 commencement of trial under the Speedy Trial Act, based upon the need

25 for defense counsel to continue discussions with the government

26 regarding resolution of the case.  The defendant is presently out of

27 custody on a secured bond.

28 / / /

                                  1

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: August 30, 2007        By:  /s/Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney

DATED: August 30, 2007        By:  /s/Jason Hitt
                                             Authorized to sign for Mr.
                                             Schnayerson on 08-29-07
                                             PHILLIP SCHNAYERSON, Esq.
                                             Attorney for Joseph HILLARD

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference set for August 30, 2007, at 9:00 a.m. is vacated;

2. A status conference is set for December 7, 2007, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 apply and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from August 30, 2007, up to and including December 7, 2007.

Dated: August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge