1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No. CR-S-07-0084 GEB
                                )
11              Plaintiff,      )   STIPULATION AND PROPOSED ORDER
                                )   CONTINUING THE STATUS
12       v.                     )   CONFERENCE AND EXCLUDING TIME
                                )
13 JOSEPH SALVADOR HILLARD,     )
                                )
14              Defendant.      )
   _____)
15

16      Plaintiff, United States of America, by its counsel, Assistant
17 United States Attorney Jason Hitt, and defendant Joseph Salvador
18 HILLARD, by and through his counsel, Philip Schnayerson, Esq.,
19 stipulate and agree that the currently-set status conference on
20 December 7, 2007, should be continued to February 8, 2007, at 9:00
21 a.m.  The parties further stipulate that the time period from
22 December 7, 2007, up to and including the new status conference date
23 of February 8, 2008, should be excluded from computation of the time
24 for commencement of trial under the Speedy Trial Act, based upon the
25 need for defense counsel to continue discussions with the government
26 regarding resolution of the case.
27 / / /
28 / / /

                                1

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: December 7, 2007   By: /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

DATED: December 7, 2007   By: /s/Jason Hitt
                               Authorized to sign for Mr.
                               Schnayerson on 12-06-07
                               PHILLIP SCHNAYERSON, Esq.
                               Attorney for Joseph HILLARD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for December 7, 2007, at 9:00 a.m. is vacated;

2. A status conference is set for February 8, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from December 7, 2007, up to and including February 8, 2008.

DATED: December 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge