```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   Case No. CR-S-07-0084 GEB
                                )
11             Plaintiff,       )   STIPULATION AND PROPOSED ORDER
                                )   CONTINUING THE STATUS
12        v.                    )   CONFERENCE AND EXCLUDING TIME
                                )
13  JOSEPH SALVADOR HILLARD,    )
                                )
14             Defendant.       )
15  _____)
16
```

17      Plaintiff, United States of America, by its counsel, Assistant
18 United States Attorney Jason Hitt, and defendant Joseph Salvador
19 HILLARD, by and through his counsel, Philip Schnayerson, Esq.,
20 stipulate and agree that the currently-set status conference on March
21 7, 2008, should be continued to April 25, 2008, at 9:00 a.m.  The
22 parties further stipulate that the time period from March 7, 2008, up
23 to and including the new status conference date of April 25, 2008,
24 should be excluded from computation of the time for commencement of
25 trial under the Speedy Trial Act, based upon the need for defense
26 counsel to continue discussions with the government regarding
27 resolution of the case.
28 / / /

1    For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial in
4 this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  March 6, 2008          By:      /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED:  March 6, 2008          By:      /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Schnayerson on 03-06-08
                                        PHILLIP SCHNAYERSON, Esq.
                                        Attorney for Joseph HILLARD
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for March 7, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for April 25, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from March 7, 2008, up to and including April 25, 2008.

Dated:  March 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge