PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
JOSEPH SALVADOR HILLARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> JOSEPH SALVADOR HILLARD, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-S-07-0084 GEB <br><br> **STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDABLE TIME** |

      Joseph Salvador Hillard, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, stipulate and respectfully request the Court to continue the status conference hearing presently set for April 25, 2008, to May 9, 2008, at 9:00 a.m.  The parties further stipulate that the time period from April 25, 2008, up to and including the new status conference date of May 9, 2008, should be excluded from computation of time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, the interests of justice under 18 U.S.C. § 3161 (h) (8) (B) (iv), Local Code T4.

DATED:   April 23, 2008

Respectfully submitted,

/s/ Philip A. Schnayerson

PHILIP A. SCHNAYERSON

Attorney for Defendant

JOSEPH SALVADOR HILLARD

DATED:   April 23, 2008

/s/ Philip A. Schnayerson

Authorized to sign for Jason Hitt

Assistant United States Attorney

on 04/23/2008

## ORDER

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED THAT** :

1. The status conference set for April 25, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for May 9, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (h) (8) (B) (iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act

      shall be excluded from April 25, 2008, up to and including May 9, 2008.

Dated: April 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge