McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR-S-07-0084 GEB |
| ) | |
| Plaintiff,    ) | STIPULATION AND PROPOSED ORDER |
| ) | CONTINUING THE STATUS |
| v.    ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| JOSEPH SALVADOR HILLARD,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Joseph Salvador HILLARD, by and through his counsel, Philip Schnayerson, Esq., stipulate and agree that the currently-set status conference on May 9, 2008, should be continued to May 30, 2008, at 9:00 a.m.  The parties further stipulate that the time period from May 9, 2008, up to and including the new status conference date of May 30, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and finalization of the plea agreement.
/ / /

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for a change
4 of plea in this case and, in addition, in the interests of justice
5 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: May 8, 2008          By: /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: May 8, 2008          By: /s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Schnayerson on 05-08-08
                                        PHILIP SCHNAYERSON, Esq.
                                        Attorney for Joseph HILLARD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for May 9, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for May 30, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from May 9, 2008, up to and including May 30, 2008.

Dated: May 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge