McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-0084 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| JOSEPH SALVADOR HILLARD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Joseph Salvador HILLARD, by and through his counsel, Philip Schnayerson, Esq., stipulate and agree that the currently-set status conference on May 30, 2008, should be continued to July 25, 2008, at 9:00 a.m.  The parties further stipulate that the time period from May 30, 2008, up to and including the new status conference date of July 25, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and finalization of the plea agreement.

/ / /

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for a change
4 of plea in this case and, in addition, in the interests of justice
5 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2008      By: /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

DATED: May 29, 2008      By: /s/Jason Hitt
                              Authorized to sign for Mr.
                              Schnayerson on 05-29-08
                              PHILIP SCHNAYERSON, Esq.
                              Attorney for Joseph HILLARD

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for May 30, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for July 25, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from May 30, 2008, up to and including July 25, 2008.

Dated:  May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge