| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>SAMUEL WONG<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2772<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSEPH SALVADOR HILLARD,<br><br>            Defendant. | CASE NO. 2:07-CR-084 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE FOR ADMIT/DENY ON SUPERVISED RELEASE VIOLATION PETITION<br><br>DATE: February 16, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

It is hereby requested, stipulated, and agreed by and between the plaintiff United States of America and defendant Joseph Salvador Hillard, through their respective counsel, that the February 16, 2018, status conference for an admit/deny in this supervised release violation case be continued to March 2, 2018, at 9:00 a.m., as defense counsel is unavailable on February 16, 2018, due to a previously scheduled out of town work trip. Also, defense counsel needs additional time to review materials in this case, conduct legal research, consult with Hillard, and allow counsel to prepare Hillard's defense.

DATED: February 13, 2018                    *__/s/ Doug Beevers_____*
                                                     DOUG BEEVERS, Assistant Federal Defender
                                                     Attorney for defendant
                                                     JOSEPH SALVADOR HILLARD

DATED: February 13, 2018                    MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     */s/ Samuel Wong*
                                     By:  _____
                                                     SAMUEL WONG
                                                     Assistant United States Attorney

1

**ORDER**

The Court having received, read, and considered the parties' stipulation, and Good Cause Appearing therefrom,

The Court adopts the parties' stipulation in its entirety as its ORDER and hereby continues the February 16, 2018, status conference to March 2, 2018, at 9 a.m.

It is so ORDERED.

Dated: February 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge