HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Attorney for Defendant
JOSEPH HILLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HILLARD,<br><br>Defendant. | Case No. 2:07-cr-084 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE<br><br>Date: April 6, 2018<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Jason Hitt, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Douglas J. Beevers, attorney for Joseph Hillard, that the status conference set for April 6, 2018, be **advanced** to March 23, 2018 at 9:00 a.m.

//
//
//
//

Stipulation and Order -1-

Respectfully submitted,

DATED: March 20, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
JOSEPH HILLARD

DATED: March 20, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order -2-

**O R D E R**

The Court orders the status conference rescheduled for March 23, 2018, at 9:00 a.m.

Dated: March 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge